CAUSE NO. 25505

THE STATE OF TEXAS        §     IN THE 6th DISTRICT COURT

                             §

V.                           §     OF

                             §

JESSICA BOYETT          §     LAMAR COUNTY, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/10/2015 10:05:59 AM
DEBBIE AUTREY
Clerk

DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JESSICA BOYETT the Defendant in the above-styled and numbered cause and gives his Notice of Appeal to the 6th Court of Appeals of Texas from the judgment(s) rendered against him. Counsel does not volunteer to serve as appellate counsel. Counsel signs below only for purposes of perfecting Defendant's right to appeal.

_____

Jessica Boyett, Defendant

OR

Respectfully submitted,

By: _____

G. Donald Haslam, Jr., Counsel for
Defendant, TBA # 24071792, OBA #17873
3140 Clark Lane
Paris, TX 75460
903-739-9221
888-541-9780 FAX
haslamlaw@att.net

FILED FOR RECORD
LAMAR COUNTY, TEXAS
2015 FEB -4 P 1:28
SHANNEL GOLDEN
DISTRICT CLERK
BY
DEPUTY

1